# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 602 MAL 2015
:
     Respondent :
:
             : Petition for Allowance of Appeal from
             : the Order of the Superior Court
     v. :
:
:
:
TERRENCE MICHAEL CLARK, :
:
     Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

  Mr. Justice Eakin did not participate in the decision of this matter.